STEPHEN MENSEL
Attorney at Law, Cal. Bar No. 55926
1221 Van Ness Ave., Suite 305
Fresno, CA 93721.1720
Telephone: 559.237.2600

Counsel for Defendant
DIANE SCOTT CLAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:05-CR-00424 OWW |
| Plaintiff, | APPLICATION FOR ORDER EXONERATING BOND AND ORDER |
| vs. | |
| DIANE SCOTT CLAY | |
| Defendant. | |

   Defendant, DIANE SCOTT CLAY, by and through her counsel hereby moves this court for an order exonerating the $1,500.00 unsecured bond posted by BRANDY DIXON in the above-captioned case on November 2, 2005.

   On September 11, 2006, the defendant, DIANE SCOTT CLAY, was sentenced to probation and her counsel requested exoneration of the appearance bond. The Court responded requesting this application and proposed order.

   Dated: August 29, 2006        /s/Stephen Mensel
                                  STEPHEN MENSEL, Attorney For Defendant

ORDER

   IT IS HEREBY ORDERED that the bond in the above-captioned case be exonerated.

   Dated: 9/15/06              /s/ Oliver W. Wanger
                                OLIVER W. WANGER, U.S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com